UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

ELFIDA RAMIREZ,

Plaintiff,

v.

COSTCO WHOLESALE INC., et al.,

Defendants.

Case No. 1:24-cv-01432-EPG

ORDER RE: STIPULATION FOR DISMISSAL OF ACTION WITH PREJUDICE AND DIRECTING THE CLERK OF COURT TO CLOSE THE CASE

(ECF No. 28).

On July 15, 2026, the parties filed a joint stipulation dismissing this action with prejudice as to all claims, cross complaints, causes of actions, and parties, and with each party to bear their own attorney fees and costs. (ECF No. 28). In light of the parties' stipulation, this action has been terminated, Fed. R. Civ. P. 41(a)(1)(A)(ii), and has been dismissed with prejudice and with each party to bear their own attorney fees and costs.

Accordingly, the Clerk of Court is directed to close this case.

IT IS SO ORDERED.

Dated: **July 16, 2026**

/s/ Eric P. Grosjean

UNITED STATES MAGISTRATE JUDGE